Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-398-757

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
June 13, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Family Campsite |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Aimee Stewart |
| **Pseudonym:** | Lars Stewart; Jason Talyor; Twirly Whirley Studios |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aimee Stewart |
| | 4880 S. Granite St., Cashmere, WA, 98815, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SW14 8HL United Kingdom |

## Certification

---



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-406-161

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
August 02, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Treasure Hunt Book Shelf |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 03, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Aimee Stewart |
| **Pseudonym:** | Jason Taylor; Whirly Twirly Studios, pseud. |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aimee Stewart |
| | 4880 S. Granite St., Cashmere, WA, 98815, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SW14 8HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-406-157

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
August 02, 2024

---

## Title

**Title of Work:** The Secret Garden Book Shelf

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 21, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor; Whirly Twirly Studios, pseud.
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-619

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title

Title of Work: Beachcomber's Bounty

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: February 17, 2020
Nation of 1st Publication: United States

## Author

- Author: Aimee Stewart, dba Whirly Twirly Studios
Pseudonym: Jason Talyor
Author Created: 2-D artwork
Citizen of: United States
Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Aimee Stewart, dba Whirly Twirly Studios
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

Organization Name: MGL Licensing
Name: Adam Meiklejohn
Email: adam@mglart.com
Telephone: +4402083928010
Address: 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-591

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | A Stitch In Time |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 14, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Aimee Stewart, dba Whirly Twirly Studios |
| **Pseudonym:** | Jason Talyor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aimee Stewart, dba Whirly Twirly Studios |
| | 4880 S. Granite St., Cashmere, WA, 98815, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SW14 8HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-615

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Family Vacation |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 05, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Aimee Stewart, dba Whirly Twirly Studios |
| **Pseudonym:** | Jason Talyor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aimee Stewart, dba Whirly Twirly Studios |
| | 4880 S. Granite St., Cashmere, WA, 98815, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SW14 8HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-594

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title
_____

**Title of Work:** Birds and Blooms Garden (Variant 1)

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States

## Author
_____

**Author:** Aimee Stewart, dba Whirly Twirly Studios
**Pseudonym:** Jason Talyor
**Author Created:** 2-D artwork
**Citizen of:** United States
**Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions
_____

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-597

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title

**Title of Work:** Boho Seaside View

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 23, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Talyor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-618

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Candylicious |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 05, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Aimee Stewart, dba Whirly Twirly Studios |
| **Pseudonym:** | Jason Talyor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Aimee Stewart, dba Whirly Twirly Studios |
|  | 4880 S. Granite St., Cashmere, WA, 98815, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
|  | London SW14 8HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-599

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Colorful Glass Bottles |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 06, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Aimee Stewart, dba Whirly Twirly Studios |
| **Pseudonym:** | Jason Talyor |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Aimee Stewart, dba Whirly Twirly Studios |
| | 4880 S. Granite St., Cashmere, WA, 98815, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SW14 8HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-658

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 29, 2024

---

## Title

**Title of Work:** Family Winter Cabin

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 05, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Talyor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-608

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
July 23, 2024

## Title ─────────────────────────

**Title of Work:** Secret Parade

## Completion/Publication ──────────────

**Year of Completion:** 2011
**Date of 1st Publication:** April 11, 2011
**Nation of 1ˢᵗ Publication:** United States

## Author ─────────────────────────

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Talyor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant ──────────────────

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions ──────────────

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification ────────────────────



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-398-758

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
June 13, 2024

---

## Title

**Title of Work:** The General Store

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Lars Stewart; Jason Talyor; Twirly Whirley Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-145

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
August 02, 2024

---

## Title

Title of Work: The Sewing Desk

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: March 26, 2016
Nation of 1st Publication: United States

## Author

- Author: Aimee Stewart
  Pseudonym: Jason Talyor; Whirly Twirly Studios, pseud.
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Aimee Stewart
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

Organization Name: MGL Licensing
Name: Adam Meiklejohn
Email: adam@mglart.com
Telephone: +4402083928010
Address: 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-398-751

**Effective Date of Registration:**
March 26, 2024
**Registration Decision Date:**
June 13, 2024

---

## Title

**Title of Work:** Wish Upon Bookshop

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Lars Stewart; Jason Talyor; Twirly Whirley Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
4880 S. Granite St., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

